No. 98–8735.  KANE *v.* HENRY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98–8743.  SERGE CORREA *v.* ELIOPOULAS ET AL. (two judgments).  C. A. 7th Cir.  Certiorari denied.

No. 98–8744.  BECTON *v.* MARYLAND ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 98–8745.  DENNEY *v.* EATON CORP.  C. A. 7th Cir.  Certiorari denied.

No. 98–8750.  GENTRY *v.* TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–8757.  RUBERGE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–8759.  WALKER, AKA REYNOLDS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–8762.  KUMARAN *v.* O'MALLEY ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–8764.  BONNAR *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8767.  CHANG *v.* BEAUPIED ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8832.  BUSH *v.* NEBRASKA.  Ct. App. Neb.  Certiorari denied.

No. 98–8841.  ROYSTER *v.* GALLETTA, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–8862.  TAYLOR *v.* REINHARD, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–8879.  SPAIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.